IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                          CRIMINAL NO. 5:03cr32BrN

RIVERSIDE FARMS PARTNERSHIP
(A Mississippi Partnership)

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, RIVERSIDE FARMS PARTNERSHIP (A Mississippi Partnership), without prejudice.

DUNN LAMPTON
United States Attorney

Date: February 1, 2006

By: s/John M. Dowdy, Jr.
JOHN M. DOWDY, JR.
Chief, Criminal Division
Mississippi Bar No. 8896

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this __7th__ day of __February__, 2006.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE